## AFFIDAVIT OF SERVICE

| Case:<br>CJ-2024-86 | Court:<br>DISTRICT COURT | County:<br>MARSHALL | State:<br>Oklahoma |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>HULL'S ENVIRONMENTAL SERVICES, INC., | | **Defendant / Respondent:**<br>MARINA DEL REY, LLC; UNITED STATES OF AMERICA ex rel SECRETARY OF ARMY/U.S. ARMY CORPS. OF ENGINEERS; SMS FINANCIAL STRATEGIC INVESTMENTS V, LLC; TODDS A/C, INC.; MIDWEST DOZER d/b/a MIDWEST DOZER, LLC; THE COUNTY TREASURER OF MARSHALL COUNTY, STATE OF OKLAHOMA AND THE BOARD OF COUNTY COMMISSIONERS OF MARSHALL COUNTY, STATE OF OKLAHOMA, GARRETT JOHNSON, ARGONAUT INSURANCE COMPANY, | | |
| **Received by:**<br>Capulet Civil Process | | **For:**<br>Mordy, Mordy, Pfrehm & Wilson, P.C. | | |
| **To be served upon:**<br>GARRETT DOUGLAS JOHNSON | | | | |

I, Becca Griggs, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Garrett Johnson, 8795 Lake View Dr: 8795 Lakeview Drive, Kingston, OK 73439
**Manner of Service:**   Personal/Individual, Dec 2, 2024, 4:48 pm CST
**Documents:**   Summons and Petition (Received Nov 7, 2024 at 2:23pm CST)

**Additional Comments:**
1) Successful Attempt: Dec 2, 2024, 4:48 pm CST at 8795 Lake View Dr: 8795 Lakeview Drive, Kingston, OK 73439 received by Garrett Johnson. Age: 37; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 6'1"; Hair: Blond; Eyes: Blue;

Fees:

_____ 12/3/24
Becca Griggs           Date
2023-01

Capulet Civil Process
113 Ashlyn Ct
Whitesboro, TX 76273
940-372-5231

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary Public

12-3-24                                    10/27/28
Date                         Commission Expires

FILED
ANGELA MALDONADO

DEC 3 2024

TIME _____
COURT CLERK OF MARSHALL COUNTY

BY _____ DEPUTY

**Exhibit 13**

**IN THE DISTRICT COURT IN AND FOR MARSHALL COUNTY**
**STATE OF OKLAHOMA**

FILED
ANGELA MALDONADO
NOV 6 2024
TIME_____
COURT CLERK OF MARSHALL COUNTY
BY_____ DEPUTY

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CJ-2024-86 |
| MARINA DEL REY, LLC; UNITED STATES OF AMERICA ex rel SECRETARY OF ARMY/U.S. ARMY CORPS. OF ENGINEERS; SMS FINANCIAL STRATEGIC INVESTMENTS V, LLC; TODDS A/C, INC.; MIDWEST DOZER d/b/a MIDWEST DOZER, LLC; THE COUNTY TREASURER OF MARSHALL COUNTY, STATE OF OKLAHOMA AND THE BOARD OF COUNTY COMMISSIONERS OF MARSHALL COUNTY, STATE OF OKLAHOMA, GARRETT JOHNSON, ARGONAUT INSURANCE COMPANY, | ) |
| Defendants. | ) |

FILED
ANGELA MALDONADO
DEC 3 2024
TIME_____
COURT CLERK OF MARSHALL COUNTY
BY_____ DEPUTY

### SUMMONS
With Petition

**To the above-named defendant:**     **GARRETT JOHNSON**

You have been sued by the above-named plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If your Summons was served by mail, the Answer is due twenty-three (23) days after the Summons is mailed. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 6 TH day of November, 2024.

**Exhibit 13**



(Seal)

ANGELA MALDONADO,
Marshall County Court Clerk

By: **Claudia Flores**
Deputy Court Clerk

Attorney(s) for ~~Plaintiff~~(s):

MORDY, MORDY, PFREHM & WILSON, P.C.
110 West Main Street
P. O. Box 457
Ardmore, Oklahoma 73402
(580) 223-4384

Serve by:
___ Sheriff's Service
_X_ Private Process Server
___ Certified Mail

This summons was served on the **2** day of **December**, 2024, and you must answer the Petition within twenty (20) days of this date.

_____
Signature of person serving Summons

This Summons is being mailed on the ___ day of _____, 2024, and you must answer the Petition within twenty-three (23) days of this date.

_____
Signature of person mailing Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

Exhibit 13