AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    24-CV-00479-JAR |
| MARINA DEL REY, LLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marina Del Rey, LLC and Garrett Johnson                                                                                        .

Date:      01/08/2025

s/Michael S. Linscott
*Attorney's signature*

Michael S. Linscott, OBA #17266
*Printed name and bar number*

Doerner, Saunders, Daniel & Anderson
2 W. 2nd Street, Suite 700
Tulsa, OK 74103

*Address*

mlinscott@dsda.com
*E-mail address*

(918) 591-5288
*Telephone number*

(918) 925-5288
*FAX number*