AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   24-CV-00479-JAR |
| MARINA DEL REY, LLC, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marina Del Rey, LLC and Garrett Johnson     .

Date:     01/08/2025

s/Emily E. Williams
*Attorney's signature*

Emily E. Williams, OBA No. 33456
*Printed name and bar number*

Doerner, Saunders, Daniel & Anderson
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102

*Address*

ewilliams@dsda.com
*E-mail address*

(405) 319-3500
*Telephone number*

(405) 319-3509
*FAX number*