# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HULL'S ENVIRONMENTAL SERVICES, INC.,** )<br>)<br>                Plaintiff(s)  )<br>)<br>vs.  )<br>)<br>UNITED STATES OF AMERICA ex rel )<br>SECRETARY OF ARMY/U.S. ARMY )<br>CORPS OF ENGINEERS; et al. )<br>)<br>                Defendant(s) | Case Number: 6:24-cv-00479-JAR |

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

      I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name:       Michael Isaac Goldman

2. State bar membership number:  Massachusetts – **677362**
                                                          New York – **5474721**

3. Firm name, business address, telephone and fax numbers:

   The Goldman Maritime Law Group
   4 Bellows Road, Suite F
   P.O. Box 724
   Westborough, MA 01581
   C (617)671-8657
   F (617)608-5128

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Commonwealth of Massachusetts
   State of New York
   United States Supreme Court – February 24, 2014
   United States Court of Appeals for the First Circuit – August 2021
   United States Court of Appeals for the Second Circuit – September 2014
   United States Court of Appeals for the Third Circuit – April 2021
   United States Court of Appeals for the Ninth Circuit – December 2021
   United States District Court for the District of Massachusetts – March 2010
   United States District Court for the Eastern District of Michigan – December 2011

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes_____   No   X   

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes_____   No   X   

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?   Yes   X   No_____

8.  Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.   Yes   X   No_____

    United States District Court for the District of Massachusetts – December 2011

DATED this   12   day of         February         , 2025  .


                                                            */s/ Michael Isaac Goldman*                
                                                            Signature