AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| HULL'S ENVIRONMENTAL SERVICES, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00479-JAR |
| MARINA DEL REY, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARGONAUT INSURANCE COMPANY.

Date: 03/04/2025

/s/ Michael Isaac Goldman
*Attorney's signature*

Michael Isaac Goldman, 677362 (MA)
*Printed name and bar number*

The Goldman Maritime Law Group
4 Bellows Road, Suite F
Westborough, Massachusetts 01581
*Address*

michael@goldmanmaritime.com
*E-mail address*

(617) 671-8657
*Telephone number*

(617) 608-5128
*FAX number*