**EXHIBIT A**

Fill in this information to identify the case:

United States Bankruptcy Court for the:
__Northern District of Texas__

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Marina Del Rey, L.L.C. | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 5 4 4 9 1 1 8 | |
| **4. Debtor's address** | **Principal place of business** <br><br>3536 Rosedale Ave <br>Number    Street <br><br>Dallas, TX 75205-1226 <br>City                State   ZIP Code <br><br>Dallas <br>County | **Mailing address, if different from principal place of business** <br><br>Number    Street <br><br>City                State   ZIP Code <br><br>**Location of principal assets, if different from principal place of business** <br><br>7007 Marina Dr <br>Number    Street <br><br>Kingston, OK 73439-7527 <br>City                State   ZIP Code |
| **5. Debtor's website (URL)** | www.marinadelreyok.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br>☐ Partnership (excluding LLP) <br><br>☐ Other. Specify: _____ | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **1**

Debtor  **Marina Del Rey, L.L.C.**  Case number *(if known)*
     Name

| | | |
|---|---|---|
| **7. Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. §101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. §501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . | |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check all that apply:* <br>     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 | |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. District _____ When _____ Case number _____ <br>                                  MM / DD / YYYY <br>       District _____ When _____ Case number _____ <br>                                  MM / DD / YYYY | |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>       District _____ When _____ <br>                                  MM / DD / YYYY <br>       Case number, if known _____ | |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page **2**

| Debtor | **Marina Del Rey, L.L.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. **Why does the property need immediate attention?** *(Check all that apply.)* ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ ☐ It needs to be physically secured or protected from the weather. ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). ☐ Other _____ **Where is the property?** _____ Number    Street _____ City        State   ZIP Code **Is the property insured?** ☐ No ☐ Yes.   Insurance agency _____ Contact name _____ Phone _____ | |

| **Statistical and administrative information** | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* ☐ Funds will be available for distribution to unsecured creditors. ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49     ☐ 50-99     ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000 ☐ 100-199 ☐ 200-999   ☐ 10,001-25,000                        ☐ More than 100,000 | |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion ☐ $50,001-$100,000         ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion ☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion ☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor  **Marina Del Rey, L.L.C.**                                  Case number *(if known)*
        Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/17/2025**
             MM/ DD/ YYYY

X  **/s/ Garrett Johnson**                                          **Garrett Johnson**
   Signature of authorized representative of debtor                  Printed name

Title  **Sole Member/Manager**

### 18. Signature of attorney

X  **/s/ Joseph Fredrick Postnikoff**                    Date  **03/17/2025**
   Signature of attorney for debtor                            MM/ DD/ YYYY

**Joseph Fredrick Postnikoff**
Printed name

**Rochelle McCullough, LLP**
Firm name

**300 Throckmorton Street, Suite 520**
Number    Street

**Fort Worth**                                **TX**          **76102-2929**
City                                          State          ZIP Code

**(817) 347-5261**                            **JPostnikoff@romclaw.com**
Contact phone                                 Email address

**16168320**                                  **TX**
Bar number                                    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

# RESOLUTION

I, Garrett Johnson, the undersigned Sole Member/Manager of Marina Del Rey, L.L.C. (the "Corporation"), do hereby certify that at a meeting of the Managers of the Corporation duly called and held on the 13th day of March, 2025, the following resolutions were adopted and recorded in the minute book of the Corporation after full discussion by the Managers on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects.

"RESOLVED, that notice of this meeting of the Managers is approved by all Managers of the Corporation and all notices and formal items related to this meeting are waived by the Managers; and it is

"FURTHER RESOLVED, that in the judgment of the Managers of the Corporation, it is desireable and in the best interests of the Corporation, its creditors, and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and it is

"FURTHER RESOLVED, that the Sole Member/Manager is hereby authorized to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as is appropriate or necessary to seek relief under Chapter 11 of the Bankruptcy Code, and that the execution and verification of the petition is hereby ratified and adopted; and it is

"FURTHER RESOLVED, that the Corporation shall retain and employ all assistance by legal counsel or otherwise as deemed necessary and proper to secure for the benefit of the Corporation any and all relief to which it may be entitled under Chapter 11 of the Bankruptcy Code; and the Corporation shall engage and continue the engagement of the Rochelle McCullough, LLP, as legal counsel in connection with the reorganization of the Corporation and to pay a retainer fee to that law firm to be agreed upon by the Sole Member/Manager of the Corporation."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation on this the 17th day of March 2025.

By: _____
Garrett Johnson, Sole Member/Manager

Joseph F. Postnikoff
State Bar No. 16168320
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas  76102
Telephone:  817.347.5260
Facsimile: 817-347-5269
Email: jpostnikoff@romclaw.com


PROPOSED COUNSEL FOR DEBTOR IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. _____ |
| | § | |
| MARINA DEL REY, L.L.C., | § | In Proceedings Under Chapter 11 |
| | § | |
| Debtor. | § | |

**CORPORATE OWNERSHIP STATEMENT [Rules 1007(a)(1) and 7007.1]**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities to report.

Fill in this information to identify the case:

Debtor name: **Marina Del Rey, L.L.C.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hull Environmental Services<br>4390 28th St. N<br>Saint Petersburg, FL 33714 | (727) 610-2080 | Trade debt | Contingent<br>Disputed<br>Unliquidated | | | $998,655.30 |
| 2 | Allegiance Capital<br>14180 Dallas Parkway Suite 350<br>Dallas, TX 75254 | (214) 217-7750<br>info@allcapcorp.com | Trade debt | | | | $400,000.00 |
| 3 | Texas Republic Bank<br>2595 Preston Road Suite 100<br>Frisco, TX 75034 | (972) 334-0700<br>customerservice@texasrepublicbank.com | Trade debt | | | | $300,000.00 |
| 4 | Outland Marine LLC<br>c/o Mark R. McPhail<br>201 Robert S. Kerr Avenue Suite 1600<br>Oklahoma City, OK 73102 | mmcphail@hartzoglaw.com | Trade debt | Contingent<br>Disputed<br>Unliquidated | | | $195,000.00 |
| 5 | Kevin Burnett and Associates<br>13907 Quail Pointe Dr.<br>Oklahoma City, OK 73134 | (405) 241-1400 | Trade debt | | | | $140,000.00 |
| 6 | First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | (800) 837-3707 | Insurance Premium Finance | | | | $40,000.00 |
| 7 | Sheffield Finance<br>PO Box 580229<br>Charlotte, NC 28258-0229 | (888) 438-8837<br>customerservice@sheffieldfinancial.com | Trade debt | | | | $10,000.00 |
| 8 | US Army Corp of Engineers<br>2488 E. 81st Street<br>Tulsa, OK 74137-4290 | cynthia.buchanan@usace.army.mil | Leasehold | | | | $10,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   **Marina Del Rey, L.L.C.**   Case number *(if known)* _____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | VYVE Broadband<br>1501 W. Mississippi St.<br>Durant, OK 74701 | | Utility | | | | $3,644.58 |
| 10 | Southern Oklahoma Regional Disposal<br>PO Box 1088<br>Ardmore, OK 73402 | (800) 680-7673 | Utility | | | | $338.00 |
| 11 | On the Spot Roll-Offs<br>PO Box 140<br>Madill, OK 73446 | contact@otsrolloffs.com | Utility | | | | $254.65 |
| 12 | First United Bank and Trust Co<br>Dennison Main Community Bank<br>931 W. Main<br>Denison, TX 75020 | | Trade debt | | | | $150.00 |
| 13 | AT&T<br>Bankruptcy Center<br>2270 Lakeside Blvd. 7th Floor<br>Richardson, TX 75082 | | Utility | | | | $100.00 |
| 14 | Bank of America<br>Attn: Bankruptcy Department<br>PO Box 9000<br>Getzville, NY 14068-9000 | | | | | | $100.00 |
| 15 | Blue Cross Blue Shield<br>PO Box 655924<br>Dallas, TX 75265-5924 | | Insurance | | | | $100.00 |
| 16 | Marshal County RWD<br>400 East Main<br>Madill, OK 73446 | (580) 795-3368 | Utility | | | | $100.00 |
| 17 | Oklahoma Tax Commission<br>Oklahoma City, OK 73194 | (405) 521-3160<br>taxinquiries@tax.ok.gov | Taxes | | | | $100.00 |
| 18 | Red River Valley<br>PO Box 220<br>Marietta, OK 73448 | | Utility | | | | $100.00 |
| 19 | Security State Bank<br>PO Box 749<br>Wewoka, OK 74884 | | | | | | $100.00 |
| 20 | Sharpe and Associates<br>c/o William L. Sharpe<br>2011 W. Danforth Rd.<br>Edmond, OK 73003 | (405) 696-6593<br>bsharpe@sharpeaa.com | Service | | | | $100.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Marina Del Rey, L.L.C.**                                                    CASE NO

                                                                                     CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **03/17/2025**      Signature  ___**/s/ Garrett Johnson**_____
                                     Garrett Johnson, Sole Member/Manager

Allegiance Capital
14180 Dallas Parkway Suite 350
Dallas, TX 75254


AT&T
Bankruptcy Center
2270 Lakeside Blvd. 7th Floor
Richardson, TX 75082


Bank of America
Attn: Bankruptcy Department
PO Box 9000
Getzville, NY 14068-9000


Blue Cross Blue Shield
PO Box 655924
Dallas, TX 75265-5924


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000


First United Bank and Trust Co
Dennison Main Community Bank
931 W. Main
Denison, TX 75020


Ford Motor Credit Company LLC
PO Box 650574
Dallas, TX 75265


Hull Environmental Services
4390 28th St. N
Saint Petersburg, FL 33714

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101


Jeff Carruth
2608 Hibernia St.
Dallas, TX 75204


Kevin Burnett and Associates
13907 Quail Pointe Dr.
Oklahoma City, OK 73134


Marshal County RWD
400 East Main
Madill, OK 73446


Oklahoma Tax Commission
Oklahoma City, OK 73194


On the Spot Roll-Offs
PO Box 140
Madill, OK 73446


Outland Marine LLC
c/o Mark R. McPhail
201 Robert S. Kerr Avenue Suite 1600
Oklahoma City, OK 73102


Red River Valley
PO Box 220
Marietta, OK 73448

Security State Bank
PO Box 749
Wewoka, OK 74884

Sharpe and Associates
c/o William L. Sharpe
2011 W. Danforth Rd.
Edmond, OK 73003

Sheffield Finance
PO Box 580229
Charlotte, NC 28258-0229

SMS Financial Strategic
Investments V, LLC
3707 E Shea Blvd Ste 100
Phoenix, AZ 85028-3453

Southern Oklahoma Regional
Disposal
PO Box 1088
Ardmore, OK 73402

Texas Attorney General's
Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Republic Bank
2595 Preston Road Suite 100
Frisco, TX 75034

US Army Corp of Engineers
2488 E. 81st Street
Tulsa, OK 74137-4290

VYVE Broadband
1501 W. Mississippi St.
Durant, OK 74701

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE: §
§
**Marina Del Rey, L.L.C.** § Case No. _____
§
§
Debtor(s) § Chapter  11

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date
03/17/2025                   _____
                             Garrett Johnson
                             Sole Member/Manager
                             EIN No.  9  1  1  8

**PART II: DECLARATION OF ATTORNEY:**

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
03/17/2025                   _____
                             Joseph Fredrick Postnikoff
                             Attorney