

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 4, 2025

_____
United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Marina Del Rey, LLC, | § | Case No. 25-30909-sgj-11 |
| | § | |
| Debtor-in-Possession. | § | |

### Order Dismissing Case with Prejudice

On March 31, 2025, came on for hearing, the *United States Trustee's Emergency Motion to Dismiss under 11 U.S.C. § 1112(b)* [docket no. 18], *William L. Sharpe's Emergency Motion For An Order (I) Dismissing The Bankruptcy Case (A) Due To Lack Of Corporate Authority; Or Alternatively, (B) For Cause Pursuant To 11 U.S.C. § 1112(B); (II) Excusing Compliance With Turnover Demand Pursuant To 11 U.S.C. § 543(D); and (III) Granting Related Relief* [docket no. 8], and SMS Financial Strategic Investments V, LLC's *Motion to Dismiss or, in the*



EXHIBIT "A"

*alternative, Motion for Declaration that Receiver May Remain in Charge of Debtor in Possession* [docket no. 11]. The Court finds that cause exists to dismiss this case with prejudice to refiling until after a hearing is held in Marshall County District Court, Oklahoma, in Case No. CJ-25-17 with respect to the *Order Granting Motion for Ex Parte Appointment of Receiver* entered March 5, 2025. The Court therefore

**ORDERS** that the Debtor's case is **DISMISSED** with prejudice to refiling until a hearing is held in Marshall County District Court, Oklahoma, in Case No. CJ-25-17 with respect to the *Order Granting Motion for Ex Parte Appointment of Receiver* entered March 5, 2025 and, the Court further

**ORDERS** that this Dismissal Order is not stayed and is effective immediately.

### End of Order ###

Proposed Form of Order Drafted By:

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Trial Attorney
Texas State Bar No. 24086345
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-1247
elizabeth.a.young@usdoj.gov

Counsel for the United States Trustee