## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES INC., | ) ) | |
| Plaintiff(s), | ) ) | Case No.   CIV-24-479-JAR |
| v. | ) ) | Date:   4/24/2025 |
| MARINA DEL REY, INC. et al., | ) ) | Time:   11:00 a.m. – 11:17 a.m. |
| Defendant(s). | ) ) ) ) | |

### MINUTE SHEET
### ZOOM – MOTION HEARING: [34] Plaintiff's Motion to Lift Stay

Jason A. Robertson, Judge     Toni Moore, Deputy Clerk     K. Anderson, Law Clerk
Chambers – Room 430

**Plaintiff's Counsel:** Mike Mordy
**Defendant's Counsel:** (Marina Del Rey & Garrett Johnson) – Emily E. Williams
**Defendant's Counsel:** (Secretary of Army) Alexander Sisemore
**Defendant's Counsel:** (SMS Financial) – Robert Stewart for Austin C. Evans
**Defendant's Counsel:** (Marshall County Treasurer) – No Appearances
**Defendant's Counsel:** (Argonaut Insurance) – Michael Goldman

### MINUTES

**MINUTES:**

Court calls case; Counsel announce their appearance for the record. Court discusses scheduling matters and possible consent with parties. [34] Plaintiffs Motion to Lift Stay will be held in obeyance. Further status conference to be held within 30 days by ZOOM.