UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. CIV-24-479-JAR |
| MARINA DEL REY, INC., et al. | ) ) ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Patrick Madden, Assistant District Attorney, hereby enters his appearance as attorney of record for the Defendants, the Marshall County Treasurer and the Marshall County Board of Commissioners.

Respectfully submitted,
s/Patrick Madden
Office of the District Attorney- 20th District
107 1st Avenue SW
Ardmore, OK 73401
Telephone: (580) 223-9674
Facsimile: (580) 221-5504
Patrick.Madden@dac.state.ok.us

### CERTIFICATE OF DELIVERY

The undersigned certifies that all parties entitled to notice of this filing were served by the Court's CM/ECF system. A copy was further mailed by to:

| | |
|---|---|
| Mike Mordy | Austin Evans |
| P.O. Box 457 | P.O. Box 1258 |
| Ardmore, OK 73402 | Kingfisher, OK 73759 |
| | |
| Alexander Sisemore | Michael Goldman |
| 520 Denison Ave. | 4 Bellows Road |
| Muskogee, OK 74401 | Westborough, MA 01581 |
| Assistant US Attorney | s/Patrick Madden |

1