UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES INC., | ) ) | |
| Plaintiff(s), | ) ) | Case No. CIV-24-479-JAR |
| v. | ) ) | Date: 5/20/2025 |
| MARINA DEL REY, INC. et al., | ) ) | Time: 10:30 a.m. – 10:41 a.m. |
| Defendant(s). | ) ) ) ) | |

## MINUTE SHEET
## ZOOM – STATUS CONFERENCE

Jason A. Robertson, Judge      Joe Church, Deputy Clerk      K. Anderson, Law Clerk
                                                             Chambers – Room 430

**Plaintiff's Counsel:** Mike Mordy
**Defendant's Counsel:** (Garrett Johnson) – Jose Portella
**Defendant's Counsel:** (Marina Del Ray) – Michael S. Linscott
**Defendant's Counsel:** (Secretary of Army) Alexander Sisemore – Michael J. O'Malley
**Defendant's Counsel:** (SMS Financial) – Austin C. Evans
**Defendant's Counsel:** (Marshall County Treasurer) – Patrick Madden
**Defendant's Counsel:** (Argonaut Insurance) – Michael Goldman – Stephen Melendi

## MINUTES

| | |
|---|---|
| 10:30 am | Court calls case; counsel announce their appearance; Court discusses Motion to Lift Stay. Court |
| | to enter Minute Order. Court to set JSR due date and discusses possible consent with parties. |
| 10:41 am | Nothing further. Adjourn. |