# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   HULL'S ENVIRONMENTAL SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIV-24-479-JAR |
| (1)   MARINA DEL REY, INC. | ) ) ) | |
| (2)   Secretary of Army/ U.S. Army Corps. of Engineers United States of America (ex rel.) | ) ) ) ) ) | |
| (3)    SMS Financial Strategic Investments V, LLC. | ) ) ) | |
| (4)   Todds A/C, Inc. | ) ) | |
| (5)   Midwest Dozer *doing business as* Midwest Dozer, LLC. | ) ) ) ) ) | |
| (6)   Marshall County Treasurer | ) ) ) | |
| (7)   State of Oklahoma | ) ) ) | |
| (8)   Garrett Johnson | ) ) ) | |
| (9)   Argonaut Insurance Company | ) ) ) | |
| Defendant(s). | ) | |

### ORDER SETTING SCHEDULING CONFERENCE AND
### REQUIRING JOINT STATUS REPORT

    This case is set for and in person Scheduling Conference on **JUNE 23, 2025, AT 1:30 P.M.,** before U.S. Magistrate Judge Jason A. Robertson at the U.S. Courthouse, 5th and Okmulgee Streets, Courtroom 3, Room 432, Muskogee, Oklahoma.

Pursuant to Fed.R.Civ.P. 26(f), the parties are to confer as soon as practicable prior to the Scheduling Conference. The parties are directed to prepare and file a Joint Status Report on or before **JUNE 20, 2025**. Judge Robertson's Joint Status Report form can be obtained from our public web site at the following address: https://www.oked.uscourts.gov/content/jason-robertson-magistrate-judge.

**FOR CASES WHERE THE DISTRICT JUDGE OPTION HAS BEEN EXERCISED AND THE CASE IS REFERRED FROM THE U.S. DISTRICT JUDGE TO THE U.S. MAGISTRATE JUDGE:** The Court will conduct the in-person Scheduling Conference on the date and at the time specified in this Order, without regard to whether the parties request or do not request that the Conference be held in the Joint Status Report.

**FOR CASES ORIGINALLY ASSIGNED TO A U.S. MAGISTRATE JUDGE OR CASES CONSENTING FROM THE U.S. DISTRICT JUDGE TO THE U.S. MAGISTRATE JUDGE:** If the parties have set forth an agreed, definitive date for completion of discovery in the Joint Status Report, **indicated on the Joint Status Report that all parties consent to the jurisdiction of the U.S. Magistrate Judge**, and do not request that a Scheduling Conference be held in person, the Court will enter a Scheduling Order and the Scheduling Conference will be stricken. The trial will be set approximately 120 days after the close of discovery.

IT IS SO ORDERED this 21st day of May 2025.

_____
JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma