AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| HULL'S ENVIRONMENTAL SERVICES, INC., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00479-JAR |
| UNITED STATES OF AMERICA ex rel et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marina Del Rey, LLC.

Date: 05/23/2025

s/Joshua K. Hefner
*Attorney's signature*

Joshua K. Hefner, OBA #30870
*Printed name and bar number*

Ryan Whaley, PLLC
400 N. Walnut Ave.
Oklahoma City, OK 73104
*Address*

jhefner@ryanwhaley.com
*E-mail address*

(405) 239-6040
*Telephone number*

(405) 239-6766
*FAX number*