# EXHIBIT 1

6:24-cv-00479-JAR     Document 44-1     Filed in ED/OK on 05/23/25     Page 1 of 2

