AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | | |
|---|---|---|
| Hull's Environmental Services, Inc | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:24-cv-00479-JAR |
| UNITED STATES OF AMERICA ex rel et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marina Del Rey, LLC                                                                                                 .

Date:     05/29/2025

/s/ Benjamin P. Barmore
*Attorney's signature*

Benjamin P. Barmore #24073076TX
*Printed name and bar number*

Hunziker & Barmore PLLC
440 Louisiana St., Ste 1825
Houston, TX 77002

*Address*

Benjamin@HunzBarLaw.com
*E-mail address*

(281) 817-6000
*Telephone number*

(281) 816-9025
*FAX number*