UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIV-24-479-JAR |
| MARINA DEL REY, LLC, et al. | ) |
| | ) |
| Defendant(s). | ) |

NOTICE OF VOLUNTARY DISMISSAL OF
MIDWEST DOZER d/b/a MIDWEST DOZER, LLC

**COMES NOW** the Plaintiff above named Hull's Environmental Service, Inc., and hereby dismisses Midwest Dozer d/b/a Midwest Dozer, LLC, from this action, without prejudice, which said Midwest Dozer d/b/a Midwest Dozer, LLC, was duly and properly served, but failed to answer or otherwise plead, and therefore files this notice of dismissal.

This Notice of Dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1).

**DATED** this the 6th day of June 2025.

MORDY, MORDY, PFREHM & WILSON, P.C.
*s/Mike Mordy*
**Mike Mordy, OBA No. 6372**
**Carrie Pfrehm, OBA No. 22274**
**110 West Main/Post Office Box 457**
**Ardmore, Oklahoma 73402**
**Telephone: (580) 223-4384**
**Facsimile: (580) 226-0823**
**E-mail:  mmordy@mordylaw.com**
                **c.pfrehm@mordylaw.com**
*Attorneys for Plaintiff, Hull's Environmental Services, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Mike Mordy, hereby certify that on the 6th day of June 2025, a true and correct copy of the above Notice of Voluntary Dismissal of Midwest Dozer d/b/a/ Midwest Dozer, LLC, was electronically served on all interested parties using the Courts CM/ECF system

                        **By: s/Mike Mordy**