**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **HULL'S ENVIRONMENTAL SERVICES, INC.,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No. 6:24-cv-00479-JAR** |
| | ) |
| **UNITED STATES OF AMERICA ex rel SECRETARY OF ARMY/U.S. ARMY CORPS OF ENGINEERS; et al.** | ) |
| | ) |
| | ) |
| | ) |
| **Defendants/Cross-Plaintiffs.** | ) |

**ORDER ON ARGONAUT INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MARINA DEL REY, LLC'S COUNTERCLAIM**

Now before the Court is Defendant/Counter-Defendant/Cross-Plaintiff, Argonaut Insurance Company with this Motion for Extension of Time to Answer Marina Del Rey, LLC's Counterclaim [Dkt. 44]. The Court finds that the Motion is **GRANTED.** Argonaut's deadline to file a response to Marina Del Rey, LLC's Counterclaim is June 27, 2025.

_____
JUDGE PRESIDING

1