UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HULL'S ENVIRONMENTAL SERVICES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Case No. **6:24-cv-00479-JAR** |
| **UNITED STATES OF AMERICA ex rel** ) | |
| **SECRETARY OF ARMY/U.S. ARMY CORPS OF** ) | |
| **ENGINEERS, et al.,** ) | |
| ) | |
| **Defendants/Cross-Plaintiffs.** ) | |

# ORDER

Before the Court is the Unopposed Joint Motion to Sever Argonaut Insurance Company's Crossclaims for Declaratory Judgment [Doc. No. 11], Marina Del Rey's Answer to Crossclaim [Doc. No. 22], and Marina Del Rey's Related Counterclaims [Doc. No. 46], hereafter the "Motion to Sever," filed on the 20th of June, 2025. *See* Doc. No. 53. As styled, the Motion to Sever is unopposed. Pursuant to FED. R. CIV. P. 42(b), and for good cause shown as required thereby, the Motion to Sever is **GRANTED**. Thus, the Argonaut Insurance Company's Crossclaims for Declaratory Judgment [Doc. No. 11], Marina Del Rey's Answer to Crossclaim [Doc. No. 22], and Marina Del Rey's Related Counterclaims [Doc. No. 46], defined in the Motion to Sever as the "First Party Claims," shall be severed from the remaining claims in the above-captioned lawsuit, defined in the Motion to Sever as the "Third-Party Claims." The First Party Claims and Third-Party Claims shall receive separate scheduling orders and trial settings, to be ordered by this Court, but shall remain under the same case number, 24-cv-00479-JAR.

**IT IS SO ORDERED** this the ___ of _____, 2025.

_____
Jason A. Robertson, Magistrate Judge
UNITED STATES DISTRICT COURT