# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIV-24-479-JAR |
| MARINA DEL REY, LLC, et al. ) | |
| ) | |
| Defendant(s). ) | |

## RESPONSE OF PLAINTIFF, HULL'S ENVIRONMENTAL SERVICES, INC. TO JOINT MOTION TO SEVER [DOC. NO. 53]

**COMES NOW** the Plaintiff above named Hull's Environmental Service, Inc., and in response to the Joint Motion to Sever [Doc. No. 53] filed by Argonaut Insurance Company and Marina Del Rey, LLC, sets forth the following, to-wit:

The Plaintiff has no objection to the Joint Motion to Sever [Doc. No. 53], subject to the provision that no distribution of funds will be made to Marina Del Rey, LLC, without notice to the parties hereto.

**WHEREFORE,** premises considered, the Plaintiff does not object to the Joint Motion to Sever [Doc. No. 53], subject to the provision that no distribution of funds will be made to Marina Del Rey, LLC., without notice to the parties hereto.

          **MORDY, MORDY, PFREHM & WILSON, P.C.**
                 *s/Mike Mordy*
**Mike Mordy, OBA No. 6372**
**Carrie Pfrehm, OBA No. 22274**
**110 West Main/Post Office Box 457**
**Ardmore, Oklahoma 73402**
**Telephone: (580) 223-4384**
**Facsimile: (580) 226-0823**
**E-mail:  mmordy@mordylaw.com**
          **c.pfrehm@mordylaw.com**
***Attorneys for Plaintiff, Hull's Environmental Services, Inc.***

## CERTIFICATE OF SERVICE

I, Mike Mordy, hereby certify that on the 30th day of June 2025, a true and correct copy of the above Response of Plaintiff, Hull's Environmental Services, Inc., to Joint Motion to Sever [Doc. No. 53] was electronically served on all interested parties using the Courts CM/ECF system

          **By: s/Mike Mordy**