# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | HULL'S ENVIRONMENTAL SERVICES, INC., | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | |
| | v. | ) | CIV-24-479-JAR |
| | | ) | |
| (1) | MARINA DEL REY, INC. | ) | |
| | | ) | |
| (2) | Secretary of Army/ U.S. Army Corps. of Engineers United States of America (ex rel.) | ) | |
| | | ) | |
| (3) | SMS Financial Strategic Investments V, LLC. | ) | |
| | | ) | |
| (4) | Todds A/C, Inc. | ) | |
| | | ) | |
| (5) | Midwest Dozer *doing business as* Midwest Dozer, LLC. | ) | |
| | | ) | |
| (6) | Marshall County Treasurer | ) | |
| | | ) | |
| (7) | State of Oklahoma | ) | |
| | | ) | |
| (8) | Garrett Johnson | ) | |
| | | ) | |
| (9) | Argonaut Insurance Company | ) | |
| | | ) | |
| | Defendant(s). | ) | |

## ORDER

Before the Court is the Joint Motion to Sever Argonaut Insurance Company's Crossclaims for Declaratory Judgment [Docket No. 11], Marina Del Rey's Answer to Crossclaim [Docket No. 22], and Marina Del Rey's Related Counterclaims [Docket No.

46] (collectively, the "First Party Claims"), filed on June 20, 2025. See Docket No. 53 ("Motion to Sever").

Plaintiff Hull's Environmental Service, Inc. filed a response [Docket No. 57] stating that it does not oppose the Motion to Sever, provided that no distribution of funds will be made to Marina Del Rey, LLC without notice to the parties.

Having considered the parties' submissions and for good cause shown pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the Court hereby **GRANTS** the Motion to Sever, subject to the condition set forth in Plaintiff's response.

Accordingly, the First Party Claims are SEVERED from the remaining claims in this action, which the parties have defined as the "Third-Party Claims." Both sets of claims shall remain under the same case number, 24-cv-00479-JAR, but will proceed on separate tracks with distinct scheduling orders and trial settings to be issued by the Court. No distribution of funds shall be made to Marina Del Rey, LLC without notice to the parties.

IT IS SO ORDERED this 2nd day of July, 2025.

JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma