# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MARINA DEL REY, LLC; UNITED STATES OF )<br>AMERICA ex rel. SECRETARY OF ARMY/U.S. )<br>ARMY CORPS. OF ENGINEERS; SMS )<br>FINANCIAL STRATEGIC INVESTMENTS V, )<br>LLC; TODDS A/C, INC.; MIDWEST DOZER d/b/a )<br>MIDWEST DOZER, LLC; THE COUNTY )<br>TREASURER OF MARSHALL COUNTY, STATE )<br>OF OKLAHOMA AND THE BOARD OF )<br>COUNTY COMMISSIONERS OF MARSHALL )<br>COUNTY, STATE OF OKLAHOMA; GARRETT )<br>JOHNSON; ARGONAUT INSURANCE )<br>COMPANY, )<br>)<br>    Defendants. ) | Case No. 24-CV-00479-JAR |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS, MARINA DEL REY AND GARRETT JOHNSON

Emily E. Williams hereby requests permission to withdraw as counsel of record for Defendants Marina Del Rey and Garrett Johnson. In support, counsel states as follows:

1. Ms. Williams will be leaving the law firm of Doerner, Saunders, Daniel & Anderson, L.L.P. on July 15, 2025, and therefore wishes to withdraw from representing Defendants. The clients have been given reasonable notice of Ms. Williams' intent to withdraw as counsel in this matter.

2. Mr. Williams further certifies that a copy of this motion and any order granting the same will be served on Defendants.

3. Defendants Marina Del Rey and Garrett Johnson will continue to be represented by Michael Linscott of Doerner, Saunders, Daniel & Anderson, L.L.P.

4. Through this motion, counsel for all other parties in this action have been provided reasonable notice of Ms. Williams' intent to withdraw.

5. The withdrawal of Ms. Williams will create no delay in this case.

6. For these reasons, Emily E. Williams respectfully requests the Court grant her leave to withdraw her appearance as counsel for Defendants Garrett Johnson and Marina Del Rey.

7. A proposed order is submitted with this Motion.

Dated this 14th day of July, 2025.

Respectfully submitted,

**DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.**

By: */s/Emily E. Williams*
Michael S. Linscott, OBA #17266
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone: (918) 591-5288
Facsimile: (918) 925-5288
E-mail: mlinscott@dsda.com
and

Emily E. Williams, OBA No. 33456
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone: (405) 319-3500
Facsimile: (405) 319-3509
***ATTORNEYS FOR DEFENDANTS, MARINA DEL REY, LLC AND GARRETT JOHNSON***

3

## CERTIFICATE OF SERVICE

I hereby certify that the following parties are being served with a copy of this document on July 14, 2025, in accordance with the Federal Rules via CM/ECF.

Carrie Pfrehm

Mike Mordy

Michael J. O'Malley

Alexander J. Sisemore

Douglas Elliott

Stephen A. Melendi

                                                       */s/Emily E. Williams*
                                                       Emily E. Williams

8801830.1