IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) HULL'S ENVIRONMENTAL <br> SERVICES, INC. <br><br> Plaintiff(s), <br><br> vs. <br><br> (3) SMS FINANCIAL STRATEGIC <br> INVESTMENTS V, LLC, et al. <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-24-479-JAR <br> ) <br> ) <br> ) <br> ) <br> ) |

### SMS FINANCIAL STRATEGIC INVESTMENTS V, LLC'S
### INITIAL DISCLOSURES

In accordance with Rule 26(a)(1), Federal Rules of Civil Procedure, SMS Financial Strategic Investments V, LLC ("SMS") hereby submits the following as its initial disclosures:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

> Defendant SMS Financial Strategic Investments V, LLC
>     Robert L. Stewart Jr.
> c/o its Counsel of Record
> Subject of discoverable information: issues raised by the pleadings
>
> Garrett Johnson
> c/o his Counsel of Record
> Subject of discoverable information: issues raised by the pleadings
>
> Representative(s) of Hull's Environmental Services, Inc.
> c/o its Counsel of Record

Subject of discoverable information: issues raised by the pleadings

SMS reserves the right to supplement this list of witnesses as discovery progresses and the specific nature and bases of Plaintiff's alleged claim is determined. By identifying a witness above, SMS does not waive any right to object to the calling of the witness by any other party at trial or any hearing in this matter or the right to object to the substance of the witness's testimony; all such objections are expressly reserved by SMS.

(ii)     a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

Documents are being produced with this Initial Disclosure.

(iii)    a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

Not applicable to SMS

(iv)    for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Not applicable to SMS.

Date: July 22, 2025.

Respectfully submitted,

*/s/ Austin C. Evans*
Austin C. Evans, OBA 32915
Austin Evans Law, LLC
P.O. Box 1258
Kingfisher, OK 73750
(405) 375-5555
austin@austinevanslaw.com
ATTORNEY FOR SMS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of July, 2025, a true and correct copy of the above and foregoing was emailed to:

*/s/ Austin C. Evans*
Austin C. Evans