AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| HULL'S ENVIRONMENTAL SERVICES, INC., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CV-00479-JAR |
| MARINA DEL REY, LLC, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marina Del Rey, LLC and Garrett Johnson.

Date:   08/13/2025

s/Meagon R. Eagon
*Attorney's signature*

Meagon R. Eagon, OBA No. 33165
*Printed name and bar number*

Doerner, Saunders, Daniel & Anderson
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102

*Address*

meagon@dsda.com
*E-mail address*

(405) 898-8652
*Telephone number*

(405) 898-8682
*FAX number*