UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC.,     ) | |
|                                                    ) | |
|     **Plaintiff,**                      ) | |
|                                                   ) | |
| v.                                               ) | |
|                                                ) | CIV-24-479-JAR |
| UNITED STATES OF AMERICA, ex rel      ) | |
| SECRETARY OF ARMY / U.S. ARMY       ) | |
| CORPS OF ENGINEERS; et al.              ) | |
|                                                ) | |
|     **Defendant(s).**                  ) | |

**MOTION FOR ORDER OF REMAND**

      **COMES NOW** the Plaintiff above named Hull's Environmental Services, Inc., and hereby moves the Court enter an order remanding the above entitled cause back to the District Court in and for Marshall County, Oklahoma, pursuant to 28 U.S.C. §1447.  In support hereof, the Plaintiff sets forth the following, to-wit:

      1.     The United States of America (herein after United States.) filed a Notice of Removal (Doc.2) on December 12, 2024, removing the action entitled *Hull's Environmental Services, Inc., et al v. United States of America ex rel Secretary of Army/ U.S. Army Corps. of Engineers, et al*., filed as Case No. CJ-2024-86, from the District Court for Marshall County, Oklahoma to the United States District Court for the Eastern District of Oklahoma.

      2.     The United States filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure State a Claim (Doc.9) asking the Court to dismiss the United States from the action as the Court lacked subject matter jurisdiction over the Plaintiff's claims against the United States.

      3.     This Court entered an Opinion and Order (Doc. 63) on July 23, 2025, granting the relief requested in the United States's Motion to Dismiss and finding that the Court lacked subject

matter jurisdiction and that the Plaintiff had failed to state a claim as against the United States upon which the relief could be granted.

      4.      28 U.S.C.A. § 1447(c) provides that: "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."

      5.      28 U.S.C.A. § 1447(c) further provides: "A certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court. The State court may thereupon proceed with such case."

      6.      The Plaintiff would show that upon entry of the Opinion and Order (Doc.63) dismissing the United States as a party to the above entitled cause, the Court no longer has jurisdiction over the above entitled cause of action and therefore the Plaintiff moves the Court for an order of remand pursuant to 28 U.S.C.A. § 1447(c) so that the State court may proceed forward with the action.

**WHEREFORE,** premises considered, the Plaintiff moves the Court for an order of remand pursuant to 28 U.S.C.A. § 1447(c) remanding the action back to the District Court in and for Marshall County, Oklahoma and the Plaintiff further moves the Court to enter such other and further relief as this Court may deem just and equitable.

                                              **MORDY, MORDY, PFREHM & WILSON, P.C.**

                                              *s/Carrie Pfrehm*
                                        **Mike Mordy, OBA No. 6372**
                                        **Carrie Pfrehm, OBA No. 22274**
                                        **110 West Main/Post Office Box 457**
                                        **Ardmore, Oklahoma 73402**
                                        **Telephone: (580) 223-4384**
                                        **Facsimile: (580) 226-0823**
                                        **E-mail:  mmordy@mordylaw.com**
                                                        **c.pfrehm@mordylaw.com**
                                        ***Attorneys for Plaintiff, Hull's Environmental Services, Inc.***

## **CERTIFICATE OF SERVICE**

      I, Carrie Pfrehm, hereby certify that on the 23rd day of December 2025, a true and correct copy of the above Motion to Lift Stay was electronically served on all interested parties using the Courts CM/ECF system

                                        **By: s/Carrie Pfrehm**