IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARINA DEL REY, LLC; UNITED STATES OF AMERICA ex rel. U.S. ARMY CORPS OF ENGINEERS; SMS FINANCIAL STRATEGIC INVESTMENTS V, LLC; TODDS A/C, INC.; MIDWEST DOZER, LLC; COUNTY TREASURER OF MARSHALL COUNTY; BOARD OF COUNTY COMMISSIONERS OF MARSHALL COUNTY; STATE OF OKLAHOMA; GARRETT JOHNSON; and ARGONAUT INSURANCE COMPANY, <br><br> Defendants. | Case No. 24-cv-00479-JAR |

## **ORDER**

Before the Court is the Joint Motion to Sever Argonaut Insurance Company's Crossclaims for Declaratory Judgment [Doc. No. 11], Marina Del Rey's Answer to Crossclaim [Doc. No. 22], and Marina Del Rey's Related Counterclaims [Doc. No. 46], which were previously bifurcated on July 7, 2025 [Doc. No. 59], hereafter the "Motion to Sever," filed on the 6th of January, 2026. *See* Doc. No. 68. Pursuant to FED. R. CIV. P. 21, and for good cause shown, the Motion to Sever is **GRANTED**. Thus, bifurcated First Party Claims, shall now be severed from the remaining claims in the above-captioned lawsuit.

**IT IS SO ORDERED** this the ___ of _____, 2026.

_____
Jason A. Robertson, Magistrate Judge
UNITED STATES DISTRICT COURT