AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00479-JAR |
| MARINA DEL REY, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARGONAUT INSURANCE COMPANY

Date:   01/06/2026

/s/ Jason L. Callaway
*Attorney's signature*

Jason L. Callaway, OBA No. 31958
*Printed name and bar number*

Johnson & Jones, P.C.
6120 South Yale, Suite 500
Tulsa, Oklahoma 74136

*Address*

jcallaway@johnson-jones.com
*E-mail address*

(918) 584-6644
*Telephone number*

(888) 789-0940
*FAX number*