AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC.,<br>*Plaintiff*<br>v.<br>MARINA DEL REY, LLC, et al.<br>*Defendant* | )<br>)<br>) Case No. 6:24-cv-00479-JAR<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARGONAUT INSURANCE COMPANY

Date:   01/06/2026

/s/ Trevor L. Hughes
*Attorney's signature*

Trevor L. Hughes, OBA No. 21229
*Printed name and bar number*
Johnson & Jones, P.C.
6120 South Yale, Suite 500
Tulsa, Oklahoma 74136

*Address*

thughes@johnson-jones.com
*E-mail address*

(918) 584-6644
*Telephone number*

(888) 789-0940
*FAX number*