IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARINA DEL REY, LLC; UNITED STATES OF AMERICA ex rel. U.S. ARMY CORPS OF ENGINEERS; SMS FINANCIAL STRATEGIC INVESTMENTS V, LLC; TODDS A/C, INC.; MIDWEST DOZER, LLC; COUNTY TREASURER OF MARSHALL COUNTY; BOARD OF COUNTY COMMISSIONERS OF MARSHALL COUNTY; STATE OF OKLAHOMA; GARRETT JOHNSON; and ARGONAUT INSURANCE COMPANY, <br><br> Defendants. | Case No. 24-cv-00479-JAR |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE – SCOTT G. HUNZIKER**

On behalf of Defendant/Cross-Defendant Marina Del Rey, LLC (hereinafter "Marina Del Rey"), the undersigned counsel moves this Court to grant admission pro hac vice to Scott G. Hunziker (the "Applicant"), of Hunziker & Barmore, PLLC. In support of this request, the undersigned would show the Court as follows:

1. The Applicant resides in Texas and practices with the firm of Hunziker & Barmore, PLLC in Houston, Texas. His law partner, Benjamin Barmore, is already duly licensed before this Honorable Court and is also counsel for Marina Del Rey in the present matter. The Applicant is an attorney duly licensed to practice law in the State of Texas and is in good standing in that state. Moreover, the Applicant is licensed and in good standing with the following states: Missouri, Kansas, New Jersey, and Georgia. The Applicant has been admitted to practice before the following

1

United States Courts: Western District of Missouri, District of Kansas, Northern District of Texas, Southern District of Texas, Eastern District of Texas, Western District of Texas, Eastern District of Missouri, Northern District of Georgia, Northern District of Ohio, Unites States Tax Court, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. The Applicant was recently granted Pro Hac Vice admission into another matter pending before the United States District Court for the Eastern District of Oklahoma as well.

2.      Defendant desires to have the Applicant serve as counsel for Marina Del Rey, in association with the undersigned, in this action.

3.      Pursuant to LCvR 83.2(f), the Request for Admission Pro Hac Vice is attached hereto as Exhibit 1, and the Applicant is simultaneously tendering the required fees.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court grant admission pro hac vice to Scott G. Hunziker of Hunziker & Barmore, PLLC., for the purpose of representing Marina Del Rey in the above captioned matter.

DATED this 8th day of January, 2026

Respectfully,

s/*Matthew K. Felty*
Matthew K. Felty, OBA #31057
Joshua K. Hefner, OBA # 30870
**RYAN WHALEY, PLLC**
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040 (Telephone)
(405) 239-6766 (Facsimile)
mfelty@ryanwhaley.com
jhefner@ryanwhaley.com

-and-

Benjamin P. Barmore, EDOK #24073076
**HUNZIKER & BARMORE, PLLC**
The Lyric Tower

440 Louisiana St., Suite 1825
Houston, TX 77002
(281) 817-6000 (Telephone)
(281) 816-9025 (Facsimile)
Benjamin@HunzBarLaw.com

**COUNSEL FOR MARINA DEL REY**

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on January 9, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

| | |
|---|---|
| Mike Mordy<br>Carrie Pfrehm<br>Bradley Wilson<br>Conner Dunn<br>MORDY, MORDY, PFREHM & WILSON, P.C.<br>110 West Main Street / P.O. Box 457<br>Ardmore, Oklahoma 73402<br>**Attorneys for Plaintiff** | Michael S. Linscott<br>Meagon Eagon<br>DOERNER SAUNDERS DANIEL & ANDERSON<br>700 Williams Center Tower II<br>Two West Second Street<br>Tulsa, OK 74103<br>**Attorneys for Marina Del Rey, LLC and Garrett Johnson** |
| Joshua Hefner<br>Matthew Felty<br>RYAN WHALEY, PLLC<br>400 N. Walnut Ave.<br>Oklahoma City, OK 73104<br>**Attorneys for Marina Del Rey, LLC** | Melissa Handke<br>Douglas Elliott<br>OFFICE OF THE DISTRICT ATTORNEY<br>Marshall County Courthouse<br>Madill, OK 73446<br>**Attorneys for Marshall County Treasurer and Board of County Commissioners of Marshall County** |

Patrick C. Madden
OFFICE OF THE DISTRICT ATTORNEY
107 1st Ave. SW, Ste. A
Ardmore Carter County Annex #1
Ardmore, OK 73401
**Attorneys for Marshall County Treasurer and Board of County Commissioners of Marshall County**

Austin Evans
AUSTIN EVANS LAW, LLC
P.O. Box 1258
Kingfisher, OK 73750
**Attorneys for SMS Financial Strategic Investments V, LLC**


            s/*Matthew K. Felty*