IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARINA DEL REY, LLC; UNITED STATES OF AMERICA ex rel. U.S. ARMY CORPS OF ENGINEERS; SMS FINANCIAL STRATEGIC INVESTMENTS V, LLC; TODDS A/C, INC.; MIDWEST DOZER, LLC; COUNTY TREASURER OF MARSHALL COUNTY; BOARD OF COUNTY COMMISSIONERS OF MARSHALL COUNTY; STATE OF OKLAHOMA; GARRETT JOHNSON; and ARGONAUT INSURANCE COMPANY, <br><br> Defendants. | Case No. 24-cv-00479-JAR |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Scott G. Hunziker

2. State bar membership number: TX- 24062443; MO - 50400; KS - 20150

3. Firm name, business address, telephone and fax numbers:

   Hunziker & Barmore, PLLC - The Lyric Tower, 440 Louisiana St., Ste. 1825, Houston, TX 77002

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See attached Attorney Declaration

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes_____X_____No_____

6. Have any proceedings which could lead to any such disciplinary action been instituted

1

against you in any such bodies?  Yes_____No___X____

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?  Yes__X__No_____

8. Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.  Yes_____No___X____

DATED this 8th day of January, 2026.

_____
Signature

2