## STATEMENT OF ATTORNEY SCOTT G. HUNZIKER

I am currently licensed and in good standing to practice law in the State of Texas and have been so since 2001 - Bar No. 24032446. Moreover, I am licensed and in good standing in the following states: Missouri (since 2000) - Bar No. 50400; Kansas (since 2001) - Bar No. 20150; New Jersey (since 2013) - Bar No. 096522013; and Georgia (since 2015) - Bar No. 159379. In addition, I am licensed and in good standing within the following U.S. Courts: Western District of Missouri (since 2000); District of Kansas (since 2001); Northern District of Texas (since 2002); Southern District of Texas (since 2004); Eastern District of Texas (since 2009); Western District of Texas (since 2011); Eastern District of Missouri (since April 2020); Northern District of Georgia (since 2018); Northern District of Ohio (since 2018); United States Tax Court (since 2021); United States Court of Appeals for the Seventh Circuit (since 2016); United States Court of Appeals for the Ninth Circuit (since 2017); and the United States Supreme Court (since 2017).

I have never been disbarred or suspended in any such jurisdiction since becoming first licensed over twenty-five (25) years ago. Moreover, there are no pending disciplinary matters against me. The matter of *DRB No. 20-166* (New Jersey) involved allegations related to local counsel from 2014, and did not result in any disbarment, suspension, or similar outcome, and none was ever sought by the disciplinary committee. I have never had a single issue involving any state or federal matter within the State of Oklahoma. In fact, I have been involved in matters at both jurisdictional levels, and the same were successfully resolved without issue.

Scott G. Hunziker
Founding Partner
Hunziker & Barmore, PLLC