# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARINA DEL REY, LLC; UNITED STATES OF AMERICA ex rel. SECRETARY OF ARMY/U.S. ARMY CORPS. OF ENGINEERS; SMS FINANCIAL STRATEGIC INVESTMENTS V, LLC; TODDS A/C, INC.; MIDWEST DOZER d/b/a MIDWEST DOZER, LLC; THE COUNTY TREASURER OF MARSHALL COUNTY, STATE OF OKLAHOMA AND THE BOARD OF COUNTY COMMISSIONERS OF MARSHALL COUNTY, STATE OF OKLAHOMA; GARRETT JOHNSON; ARGONAUT INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 24-CV-00479-JAR |
| Defendants. | ) | |

## RESPONSE TO JOINT MOTION TO SEVER PURSUANT TO FED. R. CIV. P. 21 BY DEFENDANTS MARINA DEL RAY, LLC AND GARRET JOHNSON

Defendants, Marina Del Ray, LLC ("Marina Del Ray"), and Garrett Johnson ("Johnson") (collectively the "Defendants") respectfully submit their Response to the Joint Motion to Sever [Dkt. No. 68], to the extent it pertains to the non-First Party Claims. Defendants do not object to the relief sought in the Joint Motion to Sever, but for clarification purposes assert, as stated in their Response and Objection to Motion for Order of Remand [Dkt. No. 67], that this Court should retain jurisdiction over the entire case.

Dated January 20, 2026.

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.

By: */s/ Meagon R. Eagon*
    Michael S. Linscott, OBA #17266
    Two West Second Street, Suite 700
    Tulsa, Oklahoma 74103-3522
    Telephone: (918) 591-5288
    Facsimile: (918) 925-5288
    E-mail: mlinscott@dsda.com

        -and-

    Meagon R. Eagon, OBA No. 33165
    210 Park Avenue, Suite 1200
    Oklahoma City, OK 73102
    Telephone: (405) 319-3500
    Facsimile: (405) 319-3509
    E-mail: meagon@dsda.com

    ***Attorneys for Defendants, Marina Del Rey, LLC and Garrett Johnson***

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a true and correct copy of the above was electronically served on all interested parties using the Courts CM/ECF system.

And by U.S. Mail, postage prepaid, to:

Douglas Elliott
Marshall County Courthouse
100 Plaza Room 106
Madill, OK 73446

/s/Meagon R. Eagon