AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00479-JAR |
| MARINA DEL REY, LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Argonaut Insurance Company.

Date: 01/22/2026

/s Jason L. Callaway
*Attorney's signature*

Jason L. Callaway, OBA No. 31958
*Printed name and bar number*

Johnson & Jones, P.C.
6120 S. Yale Ave., Ste. 500
Tulsa, OK 74136
*Address*

jcallaway@johnson-jones.com
*E-mail address*

(918) 584-6644
*Telephone number*

(888) 789-0940
*FAX number*