AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC. <br> *Plaintiff* <br> v. <br> MARINA DEL REY, LLC et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.  6:24-cv-00479-JAR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Argonaut Insurance Company.

Date: 01/22/2026

/s/ Trevor L. Hughes
*Attorney's signature*

Trevor L. Hughes, OBA No. 21229
*Printed name and bar number*

Johnson & Jones, P.C.
6120 S. Yale, Ste. 500
Tulsa, OK  74136
*Address*

thughes@johnson-jones.com
*E-mail address*

(918) 584-6644
*Telephone number*

(888) 789-0940
*FAX number*