AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| Hull's Environmental Services, Inc | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:24-cv-00479-JAR |
| Marina Del Rey, LLC et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marina Del Rey, LLC.

Date:  01/26/2026

/s/ Scott G. Hunziker
*Attorney's signature*

Scott G. Hunziker #24032446TX
*Printed name and bar number*

Hunziker & Barmore PLLC
440 Louisiana St., Ste 1825
Houston, TX 77002

*Address*

Scott@HunzBarLaw.com
*E-mail address*

(281) 817-6000
*Telephone number*

(281) 816-9025
*FAX number*