**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **CIV-24-479-JAR** |
| **UNITED STATES OF AMERICA, ex rel** | ) |
| **SECRETARY OF ARMY / U.S. ARMY** | ) |
| **CORPS OF ENGINEERS; et al.** | ) |
| | ) |
|    **Defendant(s).** | ) |

**PLAINTIFF'S APPLICATION TO SET MOTION FOR HEARING**

**COMES NOW** the Plaintiff above named Hull's Environmental Services, Inc., and hereby moves the Court to set a hearing on Plaintiff's Motion to Remand to State Court filed on December 23, 2025 (the "Motion") [Doc. 65]. In support of this application, the Plaintiff sets forth the following:

The Plaintiff filed the Motion on December 23, 2025, seeking an order of remand pursuant to 28 U.S.C.A. § 1447(c).

The response deadline to the Motion was January 6, 2026. Defendants, Marina Del Rey, Inc., Garrett Johnson, and Argonaut Insurance Company timely filed their respective responses on January 6, 2026. [Doc.67], [Doc.69].  Accordingly, the Motion is ripe for determination.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order setting Plaintiff's Motion to Remand to State Court [Doc. 65] for hearing on a date and time convenient to the Court and grant such other and further relief as is just and proper.

**MORDY, MORDY, PFREHM & WILSON, P.C.**

_____s/Carrie Pfrehm_____
**Mike Mordy, OBA No. 6372**
**Carrie Pfrehm, OBA No. 22274**
**110 West Main/Post Office Box 457**
**Ardmore, Oklahoma 73402**
**Telephone: (580) 223-4384**
**Facsimile: (580) 226-0823**
**E-mail:  mmordy@mordylaw.com**
              **c.pfrehm@mordylaw.com**
***Attorneys for Plaintiff, Hull's Environmental Services, Inc.***

### CERTIFICATE OF SERVICE

I, Carrie Pfrehm, hereby certify that on the 1st  day of April, 2026, a true and correct copy of the above Application to Set Motion for Hearing was electronically served on all interested parties using the Courts CM/ECF system

**By: s/Carrie Pfrehm**