**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. **6:24-cv-00479-JAR** |
| UNITED STATES OF AMERICA ex rel SECRETARY OF ARMY/U.S. ARMY CORPS OF ENGINEERS; et al. | ) ) ) ) ) | |
| Defendants/Cross-Plaintiffs. | ) | |

**MOTION FOR STEPHEN DOBBS TO APPEAR PRO HAC VICE ON BEHALF OF**
**ARGONAUT INSURANCE COMPANY**

Defendant/Cross-Plaintiff, ARGONAUT INSURANCE COMPANY, move to have counsel Stephen Dobbs appear and participate in this matter on its behalf pro hac vice, pursuant to LCvR 83.2(f). In support of this Motion, Stephen A. Melendi states the following:

1.    Stephen Dobbs is a member in good standing and has been eligible to practice before the United States District Court for the Eastern District of Texas since October 2019.

2.    A completed Application for Admission Pro Hac Vice form is attached to this Motion, completed and executed by Stephen Dobbs.

3.    Stephen Dobbs will be associated with my office for the duration of this action, pursuant to LCvR 83.3(a).

WHEREFORE, Stephen A. Melendi requests that the Court enter an Order granting Stephen Dobbs permission to appear and participate in the above-entitled action on behalf of Defendant Argonaut Insurance Company.

1

Respectfully submitted,

*/s/ Stephen A. Melendi*
Stephen A. Melendi
Oklahoma Bar No. 33698
stephenm@tbmmlaw.com
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone:     214-665-0100
Facsimile:      214-665-0199
**ATTORNEY FOR DEFENDANT,
ARGONAUT INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of April, 2026, a true and correct copy of the foregoing document was filed using the Court's electronic filing/notification system (ECF) to all known parties of record.

*/s/ Stephen A. Melendi*
Stephen A. Melendi

2