EXHIBIT
1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF OKLAHOMA

HULL'S ENVIRONMENTAL          )
SERVICES, INC.,               )
                              )
_____       )
              Plaintiff(s)    )
                              )
vs.                           )          Case Number: 6:24-cv-00479-JAR
                              )
UNITED STATES OF AMERICA ex rel )
SECRETARY OF ARMY/U.S. ARMY   )
CORPS OF ENGINEERS; et al.    )
                              )
_____       )
              Defendant(s)    )

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1.  Full Name: Stephen Luke Dobbs

2.  State bar membership number:  Texas – **24105807**

3.  Firm name, business address, telephone and fax numbers:

    Tollefson Bradley Mitchell & Melendi, LLP
    2811 McKinney Avenue, Suite 250 West
    Dallas, Texas 75204
    Telephone: 214-665-0100
    Facsimile: 214-665-0199

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    State of Texas
    United States District Court for the Eastern District of Texas – October 2019
    United States District Court for the Western District of Texas – March 2026
    United States District Court for the Northern District of Texas – November 2023
    United States District Court for the Southern District of Texas – April 2024

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes _____   No ___X___

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes _____   No ___X___

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?  Yes __X__     No_____

8.  Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.  Yes __X__     No_____

United States District Court for the Eastern District of Texas – October 2019

DATED this 9th day of April, 2026.

/s/ Stephen Luke Dobbs
Signature