**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

HULL'S ENVIRONMENTAL SERVICES, INC.,   )
                                        )
               Plaintiffs,              )
                                        )
vs.                                     )   Case No.: CIV-24-479-JAR
                                        )
UNITED STATES OF AMERICA, ex rel        )
SECRETARY OF ARMY / U.S. ARMY           )
CORPS OF ENGINEERS; et al.              )
                                        )
               Defendants.              )

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW Trevor L. Hughes of Franden, Farris, Quillin, Goodnight, Roberts and Ward, and respectfully moves this Court to issue an Order permitting him to withdraw as counsel of record for the Defendant, Argonaut Insurance Company, in the above-styled case. In support of this motion, the undersigned states as follows:

l. Jason L. Callaway will be staying with Johnson & Jones, P.C. is now currently and will remain as counsel of record for the Defendant.

2. Trevor L. Hughes has transitioned firms to Franden, Farris, Quillin, Goodnight, Roberts and Ward.

3. The case has continued with Mr. Callaway, Plaintiffs have knowledge and approve the withdrawal, and the matter continues without delay.

4. No dates scheduled by the Court will be affected by this withdrawal. WHEREFORE, premises considered, Trevor L. Hughes respectfully requests this Court to enter an Order removing undersigned counsel as counsel of record.

Respectfully submitted,

*/s/* Trevor L. Hughes_____
Trevor L. Hughes, OBA No. 21229
FRANDEN | FARRIS | QUILLIN
GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, OK  74103
(918) 583-7129
Fax: (918) 584-3814
thughes@tulsalawyer.com
rruefly@tulsalawyer.com
***Withdrawing Attorney for Defendant***
***Argonaut Insurance Company***

## CERTIFICATE OF SERVICE

I, Trevor L. Hughes, hereby certify that on the Thursday, April 9, 2026 a true and correct copy of the above was electronically served on all interested parties using the Courts CM/ECF system.

*/s/* Trevor L. Hughes_____

2