AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   24-CV-00479-JAR |
| MARINA DEL REY, LLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Argonaut Insurance Company                                                      .

Date:      04/17/2026

*/s/ Stephen L. Dobbs*
*Attorney's signature*

Stephen L. Dobbs, 24105807 (TX)
*Printed name and bar number*

Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
*Address*

stephend@tbmmlaw.com
*E-mail address*

(214) 665-0100
*Telephone number*

(214) 665-0199
*FAX number*