**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HULL'S ENVIRONMENTAL SERVICES INC., | ) | |
| Plaintiff(s), | ) | Case No. CIV-24-479-JAR |
| v. | ) | Date: 9/9/2026 |
| MARINA DEL REY, INC. et al., | ) | Time: 1:34 pm – 1:38 pm |
| Defendant(s). | ) | |

**MINUTE SHEET**
**MOTION HEARING: *Motion to Remand to State Court (Docket Entry No. [65]) and the Joint Motion to Sever Pursuant to Fed. R. Civ. P. 21 (Docket Entry No. [68])***

Jason A. Robertson, Judge    Joe Church, Deputy Clerk    K. Anderson, Law Clerk
Courtroom 3 – Room 432

**Plaintiff's Counsel:** Carrie Pfrehm
**Defendant's Counsel:** (Garrett Johnson) – Michael S. Linscott
**Defendant's Counsel:** (Marina Del Ray) – Michael S. Linscott – Benjamin Barmore
**Defendant's Counsel:** (Marshall County Treasurer) – Patrick Madden
**Defendant's Counsel:** (Argonaut Insurance) – Stephen Dobbs

**MINUTES**

| | |
|---|---|
| 1:34 pm | Court calls case; counsel announce their appearance; Court discusses (Docket Entry No. [68]) |
| | Joint Motion to Sever Pursuant to Fed. R. Civ. P. 21. Plaintiff's counsel, Carrie Pfrehm makes |
| | oral announcement. Court grants (Docket Entry No. [68]). Order to follow. Court discusses |
| | (Docket Entry No. [65]) *Motion to Remand to State Court.* Plaintiff's counsel, Carrie |
| | Pfrehm makes announcement. Defense counsel, Michael Linscott responds. Defense counsel, |
| 1:38 pm | Patrick Madden makes announcement. Order to follow. Nothing further at this time. Adjourn |