**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HULL'S ENVIRONMENTAL SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARINA DEL REY, LLC; et al.<br><br>Defendants. | Case No. 24-cv-00479-JAR |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of this Court and all parties of record:

Please note my change of address in the above-styled case for Defendant Argonaut Insurance Company.

Respectfully,

Jason L. Callaway, OBA No. 31958
**Franden | Farris | Quillin | Goodnight | Roberts + Ward**
2 West 2nd St., Ste. 900
Tulsa, OK 74103
Tel: 918-583-7129
E-mail: jcallaway@tulsalawyer.com
Local Counsel for Argonaut Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mike Mordy
Carrie Pfrehm
Bradley Wilson
Conner Dunn
MORDY, MORDY, PFREHM & WILSON, P.C.
110 West Main Street / P.O. Box 457
Ardmore, Oklahoma 73402
**Attorneys for Plaintiff**

Michael S. Linscott
Meagon Eagon
DOERNER SAUNDERS DANIEL & ANDERSON
700 Williams Center Tower II
Two West Second Street
Tulsa, OK 74103
**Attorneys for Marina Del Rey, LLC and Garrett Johnson**

Joshua Hefner
Matthew Felty
RYAN WHALEY, PLLC
400 N. Walnut Ave.
Oklahoma City, OK 73104
**Attorneys for Marina Del Rey, LLC**

Benjamin P. Barmore
HUNZIKER & BARMORE, PLLC
The Lyric Tower
440 Louisiana St., Suite 1825
Houston, TX 77002
**Attorneys for Marina Del Rey, LLC**

Patrick C. Madden
OFFICE OF THE DISTRICT ATTORNEY
107 1st Ave. SW, Ste. A
Ardmore Carter County Annex #1
Ardmore, OK 73401
**Attorneys for Marshall County Treasurer and Board of County Commissioners of Marshall County**

Melissa Handke
Douglas Elliott
OFFICE OF THE DISTRICT ATTORNEY
Marshall County Courthouse
Madill, OK 73446
**Attorneys for Marshall County Treasurer and Board of County Commissioners of Marshall County**

Austin Evans
AUSTIN EVANS LAW, LLC
P.O. Box 1258
Kingfisher, OK 73750
**Attorneys for SMS Financial Strategic Investments V, LLC**

