**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MARINA DEL REY, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Case No. 6:24-cv-00479-JAR** |
| | § | |
| **ARGONAUT INSURANCE COMPANY,** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

---

COME NOW Benjamin P. Barmore and Matthew K. Felty and the law firms of Hunziker & Barmore, PLLC and Ryan Whaley, PLLC ("Counsel", collectively), and file this Unopposed Motion to Withdraw as Counsel. In support of the same, and with no opposition from its client, Marina Del Rey, LLC, Counsel would show this Honorable Court as follows:

I.

The present matter involves a first party insurance dispute regarding windstorm damage to a commercial marina located on Lake Texoma at 7007 Marine Drive in Kingston, Oklahoma. On December 20, 2024, Plaintiff/Counter-Defendant Argonaut Insurance Company ("Argonaut") filed a Declaratory Judgment Action against Defendant/Counter-Plaintiff Marina Del Rey, LLC ("MDR"), seeking a judgement defining the rights of the parties under Policy No. 726OM5504-00 (the "Policy") that it sold to MDR. The Policy underlies the present dispute as to what amount of insurance proceeds is owed for structural damage occurring due to a storm on May 16, 2024. MDR has filed a counterclaim against Argonaut, bringing claims for breach of contract and bad faith insurance practices.

II.

Counsel files this motion requesting formal withdrawal as counsel for all purposes from the present matter. This is no opposition to either the filing of this motion or to the relief requested herein, from either MDR or its owner and authorized representative, Garrett Johnson. Moreover, MDR anticipates obtaining new counsel upon approval of said counsel's admission into the Eastern District of Oklahoma.

III.

At the present time, this Honorable Court has yet to confirm a trial date or enter a Scheduling Order defining all pre-trial deadlines in this case. As such, no harm, prejudice, delay or surprise will result to MDR, or to any party for that matter, should this Honorable Court grant this motion and the relief requested herein.

WHEREFORE, PREMISES CONSIDERED, the undersigned asks this Court to enter an order withdrawing Benjamin P. Barmore and Matthew K. Felty and the law firms of Hunziker & Barmore, PLLC and Ryan Whaley as counsel for all purposes from the present matter, and for all further relief to which the parties may be justly entitled.

Respectfully submitted,

**HUNZIKER & BARMORE, PLLC**

By: *<u>/s/ Benjamin P. Barmore</u>*
Benjamin P. Barmore, EDOK #24073076
440 Louisiana St., Ste. 1825
Houston, Texas 77002
(281) 817-6000 Office
(281) 816-9025 Facsimile
benjamin@hunzbarlaw.com
scott@hunzbarlaw.com

Matthew K. Felty, OBA #31057
Joshua K. Hefner, OBA # 30870
RYAN WHALEY, PLLC
400 North Walnut Ave.
Oklahoma City, OK 73104
(405) 239-6040 (Telephone)
(405) 239-6766 (Facsimile)
mfelty@ryanwhaley.com
jhefner@ryanwhaley.com

**ATTORNEYS FOR MARINA DEL REY**

Garrett Johnson

**AUTHORIZED REPRESENTATIVE**
**MARINA DEL REY, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this *Unopposed Motion to Withdraw as Counsel* has been served upon the following counsel of record via e-mail on September 30, 2026.

Stephen A. Melendi
Oklahoma Bar No. 33698
Tollefson Bradley Mitchell & Melendi, LLP
stephenm@tbmmlaw.com
2811 McKinney Ave., Suite 250
Dallas, Texas 75204
Telephone: (214) 665-0100
Facsimile: (214) 665-0199

**ATTORNEYS FOR ARGONAUT**

*/s/ Benjamin P. Barmore*
Benjamin P. Barmore