**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MARINA DEL REY, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Case No. 6:24-cv-00479-JAR** |
| | § | |
| **ARGONAUT INSURANCE COMPANY,** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**ORDER ON MOTION TO WITHDRAW**

---

Before the Court is an Unopposed Motion to Withdraw as Counsel, filed on October 1, 2026. *See* Docket No. 87 ("Unopposed Motion to Withdraw"). Having considered said submission and for good cause shown, the Court hereby GRANTS the Unopposed Motion to Withdraw.

Accordingly, Benjamin P. Barmore and Matthew K. Felty and the law firms of Hunziker & Barmore, PLLC and Ryan Whaley, PLLC are hereby withdrawn as counsel for all purposes in the present matter and are under no further obligation to any party.

______________________________
JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma