**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ARGONAUT INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. CIV-24-479-JAR |
| | ) | |
| **v.** | ) | Date: 11/9/2026 |
| | ) | |
| MARINA DEL REY, INC. et al., | ) | Time: 10:06 am – 10:16 am |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

**MINUTE SHEET**
**ZOOM STATUS CONFERENCE**

Jason A. Robertson, Judge    Joe Church, Deputy Clerk    K. Anderson, Law Clerk
Courtroom 3 – Room 432

**Plaintiff's Counsel:** Stephen Melendi
**Defendant's Counsel:** (Marina Del Ray) – Michael S. Linscott – Jose Portella

**MINUTES**

| | |
|---|---|
| 10:06 am | Court calls case; counsel announce their appearance; Court discusses Scheduling matters. |
| | Parties agree on a Jury Trial setting in August of 2027. Scheduling Order to follow. |
| 10:16 am | Nothing further from either party. Adjourn |
| | |
| | |