BONNIE HACKLER
U.S. COURT CLERK

TELEPHONE
(918) 684-7920

# United States District Court

Eastern District of Oklahoma
P.O. Box 607
Muskogee, Oklahoma 74402

November 10, 2026

Office of the Court Clerk
Marshall County District Court
P.O. Box 58
Madill, Oklahoma 73449

Re: Hull's Environmental Services, Inc., v. Marina Del Ray, LLC
Case No. CIV-24-479-JAR, United States District Court
for the Eastern District of Oklahoma

To whom it may concern:

Enclosed is a certified copy of an order entered November 4, 2026 remanding this case to the District Court of Marshall County. Please return a copy this letter reflecting your receipt of the order to this office in the envelope provided.

If you have any questions, please do not hesitate to contact this office. Thank you very much.

Sincerely,
BONNIE HACKLER, Clerk

By: s/J. Church
Deputy Clerk

BH/jpc
Enclosures