CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
PO BOX 607
MUSKOGEE OK 74402-0607

OKLAHOMA CITY OK 730
16 NOV 2026PM 6

$0.78⁰
US POSTAGE
FIRST-CLASS
FROM 74401
11/10/2026
Stamps.com
063S0009278556

CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
PO BOX 607
MUSKOGEE OK 74402-0607

74402-060707